UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA
_____

SCOTT MALCOLM and TIM
MCGOUGH,

Plaintiffs,

v.

VERTICAL HORIZON, INC.,
VERTICAL HORIZON
CONSTRUCTION LLC and MICHAEL
SHAWN LOWERY,

Defendants.

Civil No. 05-2099 (JRT/FLN)

**ORDER ADOPTING
REPORT AND RECOMMENDATION
OF MAGISTRATE JUDGE**

_____

Pamela Hodges Nissen, **McGRANN, SHEA, ANDERSON, CARNIVAL, STRAUGHN & LAMB**, 800 Nicollet Mall, Suite 2600, Minneapolis, Minnesota 55402, for plaintiffs.

Jean B. Roth and Stephen H. Parsons, **MANSFIELD, TANICK & COHEN**, 220 South 6th Street, Suite 1700, Minneapolis, Minnesota 55402, for defendants

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated January 18, 2008, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that:

1.   The judgment [Docket No. 45] previously entered in this case on May 24, 2007, is <u>amended</u> to reflect that the portion of the judgment that consisted of delinquent fringe benefit contributions and liquidated damages is reduced from $27,448.06 to $24,762.97.

2

2. The Court finds that Plaintiffs have satisfied their obligation to provide an accounting pursuant to the May 24, 2007, Order.

3. Given that the accounting is now complete in this case, defendant Lowery's Motion to Amend [Docket No. 71], Motion to Compel [Docket No.77] and Motion for protective order [Docket No. 90] are **DENIED** as moot.

DATED: February 11, 2008
at Minneapolis, Minnesota.

s/John R. Tunheim
JOHN R. TUNHEIM
United States District Judge